## 62946. BURNEY v. THE STATE.

McMurray, Presiding Judge.

Defendant was convicted of burglary and sentenced to serve 20 years. Defendant appeals. *Held:*

It appears that neither an enumeration of errors nor brief has been filed in this case in accordance with Rule 14 (Code Ann. § 24-3614) of this court after due notice by our order dated September 16, 1981, directing that an enumeration of errors and brief be filed not later than 4:30 p.m., Monday, September 21, 1981, or the appeal would be subject to dismissal under Rule 27 (a) (Code Ann. § 24-3627 (a)) and Rule 14 of this court.

Nevertheless, we have examined the record and transcript and found no errors prejudicial to the defendant's rights. A rational trier of fact (the jury in the case sub judice) could reasonably have found from the evidence adduced at trial proof of the guilt of the defendant beyond a reasonable doubt of the offense of burglary. *Drake v. State,* 245 Ga. 798, 799 (267 SE2d 237); *Sanders v. State,* 246 Ga. 42 (1) (268 SE2d 628).

*Judgment affirmed. Quillian, C. J., and Pope, J., concur.*

DECIDED FEBRUARY 1, 1982.

*Thomas H. Pittman, District Attorney, C. Paul Bowden, Assistant District Attorney,* for appellee.